DIANE M. MANN
P.O. BOX 12970
SCOTTSDALE, AZ 85267-2970
(480) 451-3053

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| ESTRADA, EDDIE | ) | Case No. 13-04978-PHX-EPB |
| | ) | |
| | ) | NOTICE OF TRUSTEE'S INTENT |
| | ) | TO ABANDON PROPERTY |
| Debtor(s) | ) | |
| | ) | |

NOTICE IS GIVEN that DIANE M. MANN, Trustee, proposes to abandon the following described property on the grounds that it is burdensome and of inconsequential value to the estate: TIMESHARE- WESTGATE VILLAS VACATION.

Any person opposing the abandonment shall file a written objection and request for a hearing within 21 days of the date of mailing of this notice. The date can be obtained by a review of the court docket. The objection shall be filed with the United States Bankruptcy Court, UNITED STATES BANKRUPTCY COURT, 230 N 1ST AVE, STE 101, PHOENIX, AZ 85003. A copy of the objection shall be mailed forthwith to the Trustee and his attorney at the following address:

TRUSTEE: DIANE M. MANN, P.O. BOX 12970, SCOTTSDALE, AZ 85267-2970
ATTORNEY FOR TRUSTEE: STEVE BROWN & ASSOC., 1414 E. INDIAN SCHOOL RD., STE 200, PHOENIX, AZ 85014

If a party in interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property deemed abandoned without a court order having been entered.

September 22, 2013                    /s/ DIANE M. MANN
    DATE                              DIANE M. MANN, Trustee