STEVE BROWN & ASSOCIATES, LLC
1414 EAST INDIAN SCHOOL ROAD, SUITE 200
PHOENIX, ARIZONA 85014
(602) 264-9224

Steven J. Brown (#010792) sbrown@sjbrownlaw.com
Steven D. Nemecek (#015219) snemecek@sjbrownlaw.com
*Attorneys for Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>EDDIE ESTRADA,<br><br>          Debtor. | In Proceedings Under Chapter 7<br><br>Case No. 2:13-bk-04978-EPB<br><br>**FIRST APPLICATION FOR ALLOWANCE AND PAYMENT OF TRUSTEE'S ATTORNEYS' FEES AND EXPENSES**<br><br>(To Be Noticed With Trustee's Final Report) |

**I.** **SUMMARY**

    **A.**    **General Information – First Application**

**NAME OF APPLICANT:**    **STEVE BROWN & ASSOCIATES, LLC ("SB&A")**
Role of Applicant:    Counsel for Chapter 7 Trustee

**APPLICATION PERIODS:**

**Services Rendered by SB&A:**    May 8, 2013 through April 18, 2014
**Expenses Incurred by SB&A:**    May 8, 2013 through April 18, 2014

    **B.**    **Retainer Summary**

Retainer Paid:    -0-
Drawn on Retainer:    -0-
Replenishment of Retainer:    -0-

### C. First Application Summary

Total Fees Incurred by SB&A:        $ 5,277.50
Total Fees Requested by SB&A:       $2,400.00*
**\*SB&A has voluntarily reduced its fees to better comport with the funds in the bankruptcy estate.**

Total Expenses Incurred by SB&A:    $     12.83

**TOTAL REQUESTED                   $ 2,412.83**

### D. Previous Fee and Expense Summary

Fees Previously Requested and Approved:     $ 0
Expenses Previously Requested and Awarded:  $ 0

### E. Summary Chart of Fees for Current Application

| NAME OF PROFESSIONAL | YEAR ADMITTED | HOURS BILLED | RATE | TOTAL |
|---|---|---|---|---|
| **ATTORNEYS** | | | | |
| Steven J. Brown | 1986 | 0.70 | $ 300.00 | $ 210.00 |
| Steven D. Nemecek | 1993 | 13.70 | $ 275.00 | $ 3,767.50 |
| **PARAPROFESSIONALS** | | | | |
| Karen Flaaen | N/A | 10.40 | $ 125.00 | $ 1,300.00 |

### F. Summary of Professional Fees for First Application

Total Combined Hours (excluding paraprofessionals):     14.40
Combined Blended Hourly Rate:                           $ 276.22

### G. Current Condition of Estate

1. Cash on hand or on deposit in the Estate: Approximately $ 3,802

2. Additional cash expected: None

3. Total cash expected in Estate: Approximately $3,802

-2-

4. To the best of undersigned's knowledge, the only other current Chapter 7 administrative claim against the Estate is the Chapter 7 Trustee's claim for her compensation and expenses.

5. All current funds of the Estate are unencumbered.

## II. APPLICATION

Pursuant to 11 U.S.C. § 327, 328, and 330 and Bankruptcy Rule 2016, Steven J. Brown ("Brown"), attorney for the Chapter 7 Trustee, hereby submits this First Application For Allowance and Payment of Chapter 7 Trustee's Attorneys' Fees and Expenses ("Application").

1. On or about April 1, 2013, Debtor filed a voluntary bankruptcy petition under Chapter 7 of the Bankruptcy Code.

2. On or about May 9, 2013, this Court entered an order authorizing the employment of Brown as attorney for the Trustee.

3. Brown has served as attorney for the Trustee up to and through the filing of this Application.

4. Brown submits this Application for compensation for professional services rendered and for reimbursement for out-of-pocket expenses necessarily incurred during the representation of the Trustee.

5. Brown has advised the Trustee in connection with the administration of the Estate on an ongoing basis and has prepared numerous letters, documents, and pleadings with respect thereto and has performed numerous legal services for the Trustee concerning the administration of the Estate. All legal services rendered for the Trustee were performed by Brown and/or members of his firm.

6. Attached hereto as Exhibit "A" is an itemized statement of time spent, services rendered, fees charged, and expenses incurred by Brown in connection with his representation of the Trustee, which is broken down into project categories. The fees for legal services are

based upon billing rates of $275-300 per hour for attorneys and $125 for paraprofessionals. Based on the foregoing, the amount owed to Brown for services rendered and for fees incurred by Brown in connection with his representation of the Trustee, for the period May 8, 2013 through April 18, 2014, is as follows:

<u>Steve Brown & Associates, LLC</u>

(1) Fees: $ 5,277.50

(2) Costs: $ 12.83

TOTAL $ 5,290.33

7. All services for which compensation is requested were in connection with the Chapter 7 bankruptcy proceeding and not in connection with any other matter. A summary of the services for which compensation is requested is described below:

**A.** **<u>Asset Analysis and Recovery</u>**

Services in this category included reviewing documents and schedules, investigating and analyzing personal property, conducting telephone interview of Debtor, investigating potential claim in Debtor's father's Puerto Rico probate estate, analyzing bank statements for potential avoidable transfers, and communicating with Trustee regarding findings.

|  | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|
| Total | 17.30 | $ 3,815.00 |

**B.** **<u>Asset Disposition</u>**

These services pertained to selling non-exempt personal property, communicating with Debtor's attorney regarding Debtor's offer, attempting to liquidate timeshare, and communicating with Trustee regarding findings.

|  | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|
| Total | 2.70 | $ 457.50 |

**C.** **<u>Case Administration</u>**

These services pertained to keeping the Trustee informed as to the status of the case,

-4-

making recommendations to the Trustee on how to proceed with case, and interoffice conferences on items to pursue.

|  | HOURS | AMOUNT |
|---|---|---|
| Total | 1.20 | $ 330.00 |

**D.     Claims Administration and Objections**

These services related to reviewing IRS proof of claim and amended proof of claim, and making recommendations to the Trustee.

|  | HOURS | AMOUNT |
|---|---|---|
| Total | 0.40 | $ 95.00 |

**E.     Fee/Employment Applications**

These services related to preparing and filing this firm's employment application, and preparing and filing this Application.

|  | HOURS | AMOUNT |
|---|---|---|
| Total | 1.10 | $ 227.50 |

**F.     Objection to Discharge**

The services in this category pertained to determining whether to pursue complaint objecting to discharge, preparing and filing motion for extension of time to file complaint objecting to discharge, preparing and filing notice of withdrawal, and making recommendations to the Trustee.

|  | HOURS | AMOUNT |
|---|---|---|
| Total | 2.10 | $ 352.50 |

8.     The Estate has recovered the approximate amount of $ 3,802.00.

9.     Brown has not agreed to divide his compensation received or to be received with any other person. The members of Brown's law firm are disinterested persons as defined in 11 U.S.C. § 101(4) and do not hold or represent any interest adverse to the Estate.

10. Brown has not received any previous payment for services rendered.

WHEREFORE, Brown prays that this Court enter an order approving the allowance of compensation to Brown for **attorneys' fees in the amount of $5,277.50 and requested for payment in the voluntarily reduced amount of $2,400 and expenses in the amount of $12.83 for a total payment of $2,412.83** and authorizing and directing payment forthwith from the Estate to Brown, and for such other and further relief as the Court deems equitable.

DATED this 18th day of April, 2014.

                                          STEVE BROWN & ASSOCIATES, LLC

                                          By /s/ Steven D. Nemecek
                                                Steven J. Brown
                                                Steven D. Nemecek
                                                1414 East Indian School Road, Suite 200
                                                Phoenix, Arizona 85014
                                                Attorneys for Trustee

Copy of the foregoing sent via electronic notification this
18th day of April, 2014, to parties registered to receive
electronic notification including:

Tracy S. Essig, Esq.
Law Office of Tracy S. Essig
7330 North 16th Street, Suite A310
Phoenix, AZ 85020
Attorney for Debtor

Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706

By /s/ Karen Flaaen