# EXHIBIT A

**STEVE BROWN & ASSOCIATES, LLC**
**1414 E. INDIAN SCHOOL SUITE 200**
**PHOENIX, AZ 85014**
**(602) 264-9224**

Page: 1
04/18/2014

Mann, Diane
OFFICE OF DIANE MANN, TRUSTEE  Account No:  9501-200A
PO Box 12970  Statement No:  17078
Scottsdale  AZ  85267-2970

Attn: Diane Mann

Mann/Estrada, Eddie 13-04978 PHX EPB

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/08/2013 | | | | |
| | SDN | Emails from/to Trustee regarding new case and K. Flaaen regarding investigation of potential assets | 0.30 | 82.50 |
| 05/09/2013 | | | | |
| | KF | Review docket and schedules; docket deadlines; prepare file intake form; conference with S. Nemecek regarding same | 0.50 | 62.50 |
| 05/20/2013 | | | | |
| | SDN | Begin analysis of schedules and documents and online records. | 1.20 | 330.00 |
| 05/23/2013 | | | | |
| | SDN | Complete analysis of schedules and documents and online records and prepare outline of potential assets and strategy intake form. | 1.10 | 302.50 |
| 05/24/2013 | | | | |
| | KF | Finalize file intake; email same to Trustee | 0.30 | 37.50 |
| 06/10/2013 | | | | |
| | SDN | Telephone conference with T. Essig regarding potential assets and document requests; prepare email to T. Essig setting forth document and information requests; prepare email to Trustee setting forth findings and recommendations; review claim filed in Puerto Rico probate estate and prepare email to team regarding same. | 1.00 | 275.00 |
| | KF | Emails from S. Nemecek regarding claim in Puerto Rico probate action | 0.10 | 12.50 |
| 06/11/2013 | | | | |
| | SJB | Read Puerto Rican probate material; emails with S. Nemecek regarding ways to investigate. | 0.40 | 120.00 |
| | SDN | Emails from/to S. Brown and K. Flaaen regarding investigation of potential claim in Puerto Rico probate estate. | 0.10 | 27.50 |
| 06/20/2013 | | | | |
| | SDN | Telephone conference with Puerto Rico attorney L. Arroyo regarding potential claim in probate estate. | 0.20 | 55.00 |
| | KF | Conference with S. Nemecek regarding telephone call from L. Arroyo regarding inheritance from Debtor's father | 0.20 | 25.00 |

Mann, Diane  
Page: 2  
04/18/2014  
Account No: 9501-200A  
Statement No: 17078

Mann/Estrada, Eddie 13-04978 PHX EPB

|  |  |  | Hours |  |
|---|---|---|---|---|
| 06/21/2013 | KF | Conference with S. Nemecek regarding document requested by L. Arroyo; email to L. Arroyo regarding same | 0.20 | 25.00 |
|  | SDN | Work with K. Flaaen on investigation of father's probate estate. | 0.10 | 27.50 |
| 07/02/2013 | SDN | Prepare email letter to T. Essig setting forth Trustee's document and information requests relating to potential probate estate claim in Puerto Rico. | 0.50 | 137.50 |
| 07/03/2013 | SDN | Telephone conference with T. Essig regarding background of claim in probate estate; direct K. Flaaen regarding investigation strategy. | 0.60 | 165.00 |
|  | SJB | Review Puerto Rico legal documents and emails with S. Nemecek and K. Flaaen regarding same. | 0.30 | 90.00 |
|  | KF | Emails from and conference with S. Nemecek regarding Puerto Rico probate action; email to L. Arroyo regarding same | 0.40 | 50.00 |
| 07/09/2013 | KF | Draft letter to probate attorney handling Debtor's father's estate regarding turnover of distributions | 0.50 | 62.50 |
|  | SDN | Revise letter to V. Gratacos-Diaz directing that all distributions be made to Trustee and not Debtor. | 0.10 | 27.50 |
| 07/10/2013 | KF | Email to T. Essig regarding setting up conference call with Debtor | 0.10 | 12.50 |
|  | KF | Prepare letters to T. Essig and L. Arroyo-Portela regarding turnover of probate distributions | 0.80 | 100.00 |
| 07/16/2013 | SDN | Prepare follow-up email to T. Essig requesting conference call with Debtor. | 0.10 | 27.50 |
| 07/22/2013 | SDN | Prepare for and conduct telephone interview of Debtor relating to father's probate estate in Puerto Rico; conference with S. Brown and K. Flaaen regarding same; prepare email report to Trustee regarding same. | 1.40 | 385.00 |
|  | KF | Conference with S. Nemecek regarding his examination of Debtor | 0.10 | 12.50 |
| 07/31/2013 | KF | Send demand letter to probate attorney via certified mail; conference with S. Nemecek regarding following up | 0.30 | 37.50 |
|  | SDN | Finalize certified letter to V. Gratacos-Diaz and direct K. Flaaen regarding follow-up within 30 days. | 0.10 | 27.50 |

Page: 3
04/18/2014
Account No: 9501-200A
Statement No: 17078

Mann, Diane

Mann/Estrada, Eddie 13-04978 PHX EPB

| Date | | Description | Hours | |
|---|---|---|---|---|
| 08/03/2013 | SDN | Emails from/to Trustee regarding follow-up investigation on all potential issues. | 0.20 | 55.00 |
| 08/09/2013 | SDN | Telephone conference with V. Gratacos-Diaz to discuss potential claim in Debtor's father's probate estate. | 0.40 | 110.00 |
| 08/26/2013 | KF | Telephone call from M. Rodriguez of Puerto Rico law firm handling probate; scan and email notice of Chapter 7 bankruptcy to M. Rodriguez | 0.30 | 37.50 |
| 10/03/2013 | KF | Review Debtor's bank statements for potential avoidable transactions; prepare chart of transactions | 0.90 | 112.50 |
| 10/17/2013 | KF | Follow up with Puerto Rico probate attorney regarding status of probate | 0.20 | 25.00 |
| | SDN | Conference with K. Flaaen regarding follow-up with V. Gratacos-Diaz on probate estate. | 0.10 | 27.50 |
| | KF | Continue review of potential avoidance actions | 0.10 | 12.50 |
| 10/21/2013 | KF | Review potential avoidance action summary | 0.20 | 25.00 |
| 10/22/2013 | KF | Conference with S. Nemecek regarding possible preferential transfer demands | 0.10 | 12.50 |
| | SDN | Work with K. Flaaen on analysis of potential avoidable transfers. | 0.20 | 55.00 |
| 10/28/2013 | KF | Conference with S. Nemecek regarding bank account review findings; review accounts and update chart of transactions; read S. Nemecek email regarding status of investigation | 0.50 | 62.50 |
| | SDN | Work with K. Flaaen on analysis of bank statements and potential avoidable transfers; prepare email to Trustee setting forth findings and recommendations. | 0.80 | 220.00 |
| 12/31/2013 | KF | Draft letter to Puerto Rico probate attorney following up on request for status report | 0.20 | 25.00 |
| 01/09/2014 | KF | Revise letter to probate attorney requesting written status report | 0.10 | 12.50 |
| | SDN | Revise letter to V. Gratacos-Diaz requesting update on probate estate and prepare email to T. Essig regarding same. | 0.40 | 110.00 |
| 01/10/2014 | KF | Finalize letter to probate attorney regarding status | 0.30 | 37.50 |

Page: 4
04/18/2014
Account No: 9501-200A
Statement No: 17078

Mann, Diane

Mann/Estrada, Eddie 13-04978 PHX EPB

| Date | | Description | Hours | |
|---|---|---|---|---|
| 01/14/2014 | SDN | Emails from/to T. Essig and Trustee regarding lack of recent information on Puerto Rico probate estate. | 0.10 | 27.50 |
| 03/03/2014 | SDN | Prepare follow-up email letter to V. Gratacos-Diaz requesting update on Puerto Rico probate case. | 0.20 | 55.00 |
| 03/05/2014 | SDN | Emails from/to V. Gratacos-Diaz regarding timing for providing summary of probate case; review summary and attached documents; conduct legal research regarding Puerto Rico probate laws; prepare email memorandum to Trustee setting forth findings and recommendations. | 0.90 | 247.50 |
| 04/16/2014 | SDN | Emails from/to Trustee regarding Debtor's 2013 tax returns. | 0.10 | 27.50 |
| | | ASSET ANALYSIS AND RECOVERY | 17.30 | 3,815.00 |
| 06/13/2013 | SDN | Emails from/to T. Essig and Trustee regarding potential sale of non-exempt personal property. | 0.20 | 55.00 |
| 06/17/2013 | KF | Email to T. Essig regarding obtaining photos of personal property for trustee's sale | 0.10 | 12.50 |
| 06/24/2013 | SDN | Emails from/to Trustee regarding sale of personal property items. | 0.10 | 27.50 |
| 07/02/2013 | KF | Follow up with T. Essig regarding jewelry photos for Trustee's sale; conference with S. Nemecek regarding same; email to T. Essig regarding higher and better bids for sale | 0.20 | 25.00 |
| | SDN | Review emails from T. Essig regarding Debtor's position that Debtor should not be required to bid on non-exempt assets. | 0.10 | 27.50 |
| 07/03/2013 | SDN | Telephone conference with T. Essig regarding Debtor's request to purchase non-exempt items in private sale (refused). | 0.20 | 55.00 |
| 07/16/2013 | KF | Email to T. Essig following up on digital photos of trustee's sale jewelry | 0.10 | 12.50 |
| 07/17/2013 | KF | Receive July Trustee's sale calendar; email to T. Essig regarding same | 0.10 | 12.50 |
| 07/18/2013 | KF | Emails to and from Trustee regarding liquidating personal property | 0.10 | 12.50 |
| 07/19/2013 | KF | Email to BKAssets regarding liquidating timeshare | 0.30 | 37.50 |

Page: 5
04/18/2014
Mann, Diane
Account No: 9501-200A
Statement No: 17078

Mann/Estrada, Eddie 13-04978 PHX EPB

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | KF | Email to Sierra Auction regarding picking up Debtor's personal property for auction sale | 0.30 | 37.50 |
| 07/22/2013 | KF | Conference with S. Nemecek regarding strategy of liquidating assets; email from C. Hoskyns regarding contacting Debtor to pick up non-exempt personal property | 0.10 | 12.50 |
| 07/23/2013 | KF | Email from C. Hoskyns regarding arrangements for pick up of personal property | 0.10 | 12.50 |
| 08/02/2013 | SDN | Emails from/to Trustee regarding amount owed by Debtor for items purchased at trustee's sale. | 0.10 | 27.50 |
| 08/05/2013 | KF | Emails from BKAssets and to Trustee and S. Nemecek regarding liquidating timeshare | 0.20 | 25.00 |
| 08/06/2013 | KF | Email to BKAssets regarding liquidating timeshare | 0.10 | 12.50 |
| 08/28/2013 | KF | Email from and to Trustee regarding status of personal property liquidation | 0.10 | 12.50 |
| 09/23/2013 | KF | Review notice of abandonment of timeshare; email to Trustee regarding same | 0.10 | 12.50 |
| 10/02/2013 | SDN | Review notice of report of sale of non-exempt personal property. | 0.10 | 27.50 |
| | | ASSET DISPOSITION | 2.70 | 457.50 |
| 05/31/2013 | SDN | Update monthly status report to Trustee. | 0.20 | 55.00 |
| 07/03/2013 | SDN | Update monthly status report to Trustee. | 0.10 | 27.50 |
| 07/30/2013 | SDN | Update monthly status report to Trustee. | 0.20 | 55.00 |
| 08/30/2013 | SDN | Update monthly status report to Trustee. | 0.10 | 27.50 |
| 09/30/2013 | SDN | Update monthly status report to Trustee. | 0.10 | 27.50 |
| 11/01/2013 | SDN | Update monthly status report to Trustee. | 0.10 | 27.50 |

Page: 6
04/18/2014
Account No: 9501-200A
Statement No: 17078

Mann, Diane

Mann/Estrada, Eddie 13-04978 PHX EPB

|  |  |  | Hours |  |
|---|---|---|---:|---:|
| 02/06/2014 | | | | |
| | SDN | Update monthly status report to Trustee. | 0.10 | 27.50 |
| 03/06/2014 | | | | |
| | SDN | Emails from/to Trustee regarding steps for closing case. | 0.20 | 55.00 |
| 04/04/2014 | | | | |
| | SDN | Update monthly status report to Trustee. | 0.10 | 27.50 |
| | | CASE ADMINISTRATION | 1.20 | 330.00 |
| 05/17/2013 | | | | |
| | SDN | Review IRS proof of claim and prepare email to Trustee regarding same. | 0.20 | 55.00 |
| | KF | Review IRS proof of claim; conference with S. Nemecek regarding impact of lien on property scheduled by Debtor | 0.10 | 12.50 |
| 05/23/2013 | | | | |
| | SDN | Review IRS's amended proof of claim. | 0.10 | 27.50 |
| | | CLAIMS ADMIN AND OBJECTIONS | 0.40 | 95.00 |
| 05/09/2013 | | | | |
| | KF | Prepare application to employ our firm as attorneys for Trustee; finalize and file | 0.50 | 62.50 |
| | SDN | Review and finalize employment papers. | 0.10 | 27.50 |
| 03/11/2014 | | | | |
| | SDN | Revise time entries in support of our final fee application. | 0.30 | 82.50 |
| 04/18/2014 | | | | |
| | SDN | Revise our final fee application. | 0.20 | 55.00 |
| | | FEE/EMPLOYMENT APPLICATIONS | 1.10 | 227.50 |
| 07/03/2013 | | | | |
| | KF | Draft motion and notice to extend deadline for objections to discharge; finalize and file | 0.70 | 87.50 |
| | SDN | Revise motion for extension of time to file complaint objecting to discharge. | 0.20 | 55.00 |
| 07/09/2013 | | | | |
| | KF | Prepare stipulated order extending discharge complaint deadline; email to T. Essig regarding same | 0.30 | 37.50 |
| 07/15/2013 | | | | |
| | SDN | Telephone conference with T. Essig regarding his intention to object to motion for extension of time to file complaint objecting to discharge. | 0.30 | 82.50 |
| 07/23/2013 | | | | |
| | SDN | Emails from/to T. Essig and Trustee regarding withdrawal of motion for extension of time to file complaint objecting to discharge. | 0.10 | 27.50 |

|  |  |  | Hours |  |
|---|---|---|---|---|
| 07/24/2013 | KF | Draft, finalize and file notice of withdrawal of motion extending deadline for discharge complaints | 0.50 | 62.50 |
|  |  | OBJECTION TO DISCHARGE | 2.10 | 352.50 |
|  |  | For Current Services Rendered | 24.80 | 5,277.50 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Steven J. Brown | 0.70 | $300.00 | $210.00 |
| Steven Nemecek | 13.70 | 275.00 | 3,767.50 |
| Karen Flaaen | 10.40 | 125.00 | 1,300.00 |

| | | |
|---|---|---|
| 07/03/2013 | PACER (Electronic Court Records) charges - Q2 2013 | 6.60 |
| 07/10/2013 | Photocopies @ $.15 per page | 0.45 |
| 07/31/2013 | Photocopies @ $.15 per page | 0.30 |
| 07/31/2013 | Postage | 4.02 |
| 10/17/2013 | PACER (Electronic Court Records) charges Q3 2013 | 0.50 |
| 01/10/2014 | Photocopies @ $.15 per page | 0.30 |
| 01/10/2014 | Postage | 0.66 |
|  | Total Expenses | 12.83 |
|  | Total Current Work | 5,290.33 |
|  | Balance Due | $5,290.33 |