DIANE M. MANN, TRUSTEE
PO BOX 12970
SCOTTSDALE, AZ 85267-2970

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
ESTRADA, EDDIE § Case No. 13-04978-PHX EPB
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on         . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was ___. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $____ as interim compensation and now requests a sum of $____, for a total compensation of $____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/DIANE M. MANN, TRUSTEE_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 13-04978-PHX    EPB    Judge: EDDWARD P. BALLINGER, JR.
Case Name: ESTRADA, EDDIE

Trustee Name: DIANE M. MANN, TRUSTEE
Date Filed (f) or Converted (c): 04/01/13 (f)
341(a) Meeting Date: 05/09/13
Claims Bar Date: 08/08/13

For Period Ending: 04/19/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TIMESHARE- WESTGATE VILLAS VACATION BKASSETS.COM RECOMMENDED ABANDONING...NO BIDDERS | Unknown | 0.00 | OA | 0.00 | FA |
| 2. CASH ON HAND | 2.00 | 2.00 | | 2.00 | FA |
| 3. BANK ACCOUNT- WALMART PREPAID CARD | 0.64 | 0.00 | | 0.00 | FA |
| 4. BANK ACCOUNT- COMPASS CHK | 15.35 | 0.00 | | 0.00 | FA |
| 5. BANK ACCOUNT- COMPASS SAVINGS | 0.12 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS & FURNISHINGS | 0.00 | 0.00 | | 0.00 | FA |
| 7. BOOKS & ART OBJECTS | 150.00 | 0.00 | | 0.00 | FA |
| 8. WEARING APPAREL | 400.00 | 0.00 | | 0.00 | FA |
| 9. WATCH(ES) | 100.00 | 0.00 | | 0.00 | FA |
| 10. JEWELRY- NECFKLACE AND RING SOLD AT TRUSTEE SALE | 80.00 | 225.00 | | 225.00 | FA |
| 11. SPORTS EQUIPMT, PHOTOGRAPHIC, HOBBY SOLD AT AUCTION SALE | 335.00 | 510.00 | | 510.00 | FA |
| 12. MUSICAL INSTRUMENTS | 225.00 | 0.00 | | 0.00 | FA |
| 13. SPORTS EQUIPMT, PHOTOGRAPHIC, HOBBY SOLD AT AUCTION SALE | 125.00 | 525.00 | | 525.00 | FA |
| 14. FIREARMS | 150.00 | 0.00 | | 0.00 | FA |
| 15. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 16. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 17. CONTINGENT & UNLIQUIDATED CLAIMS POTENTIAL INHERITANCE FROM FATHER. PER ATTY IN PUERTA RICO, DEBTOR WILL RECEIVE NO INHERITANCE AFTER TAXES AND DEBTS ARE PAID | Unknown | 0.00 | | 0.00 | FA |
| 18. LICENSES, FRANCHISES, GEN INTANGIBL | Unknown | 0.00 | | 0.00 | FA |

Case No: 13-04978-PHX    EPB    Judge: EDDWARD P. BALLINGER, JR.
Case Name: ESTRADA, EDDIE

Trustee Name: DIANE M. MANN, TRUSTEE
Date Filed (f) or Converted (c): 04/01/13 (f)
341(a) Meeting Date: 05/09/13
Claims Bar Date: 08/08/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. AUTOMOBILE- 2009 HONDA CRV | 14,500.00 | 0.00 | | 0.00 | FA |
| 20. OFFICE EQUIPMENT, FURNISHINGS, SUPP | 500.00 | 0.00 | | 0.00 | FA |
| 21. FOOD, FUEL & PROVISIONS | 200.00 | 0.00 | | 0.00 | FA |
| 22. MISCELLANEOUS- DIABETES AND INSULIN SUPPLIES | Unknown | 0.00 | | 0.00 | FA |
| 23. STATE TAX REFUND-2012 (u) | 0.00 | 3,062.00 | | 3,062.00 | FA |
| 24. WAGES OWED DEBTOR AT TIME OF FILING (u) 2 DAYS DUE | 0.00 | 221.46 | | 221.46 | FA |

TOTALS (Excluding Unknown Values)    $16,783.11    $4,545.46    $4,545.46    Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING MEDICAL PRACTICE AND POTENTIAL INHERITANCE. May 08, 2013. REQUESTED INFO FROM DEBTOR ON POTENTIAL INHERITANCE. June 23, 2013. LETTER MAILED TO PR ATTORNEY HANDLING FATHER'S ESTATE. BKASSETS TO REVIEW TIMESHARE. SIERRA AUCTIONEERS TO PICK UP NON-EXEMPT PERSONAL ITEMS. July 23, 2013. REC'D CHECK FOR JEWELRY. BKASSETS TO LIST TIMESHARE. SIERRA AUCTION SET FOR 9/14. August 12, 2013. CONTACTED ATTY VICTOR GRATACOS-DIAZ IN PUERTO RICO; WILL CONTINUE TO MONITOR PROBABTE ESTATE. September 06, 2013. REQUESTED LETTER FROM PROBATE ATTY THAT ESTATE WILL RECEIVE NO FUNDS. October 28, 2013. PROBATE STILL PENDING. December 18, 2013. DEMAND MADE FOR NON-EXEMPT CASH, WAGES AND 2013 TAX RETURNS. REQUESTED WRITTEN STATUS REPORT FROM GRATACVOS-DIAZ RE: PROBATE ESTATE ASSETS AND ANY EXPECTED DISTRIBUTIONS. January 11, 2014. REC'D WAGES AND NON-EXMEPT CASH. January 22, 2014. REQUESTED 2013 TAX RETURNS. February 12, 2014. NO INHERITANCE DUE TO DEBTOR. CASE TO CLOSE ONCE 2013 TAX RETURNS ARE PROVIDED. March 12, 2014. TFR FILED. April 19, 2014 (DMMANN)

| | | | |
|---|---|---|---|
| Case No: | 13-04978-PHX    EPB    Judge: EDDWARD P. BALLINGER, JR. | Trustee Name: | DIANE M. MANN, TRUSTEE |
| Case Name: | ESTRADA, EDDIE | Date Filed (f) or Converted (c): | 04/01/13 (f) |
| | | 341(a) Meeting Date: | 05/09/13 |
| | | Claims Bar Date: | 08/08/13 |

Initial Projected Date of Final Report (TFR): 09/30/13    Current Projected Date of Final Report (TFR): 04/30/14

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-04978-PHX -EPB | Trustee Name: | DIANE M. MANN, TRUSTEE |
|---|---|---|---|
| Case Name: | ESTRADA, EDDIE | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******9872 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2162 | | |
| For Period Ending: | 04/19/14 | Blanket Bond (per case limit): | $ 72,661,955.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/08/13 | 23 | STATE OF ARIZONA- TAX REFUND | STATE INCOME TAX REFUND | 1224-000 | 3,062.00 | | 3,062.00 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,047.00 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,032.00 |
| 08/03/13 | 10 | DEBTOR | NON-EXEMPT JEWELRY | 1129-000 | 225.00 | | 3,257.00 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,242.00 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,227.00 |
| 10/01/13 | 11, 13 | SIERRA AUCTIONEERS | NON-EXEMPT ITEMS | 1129-000 | 1,035.00 | | 4,262.00 |
| 10/04/13 | 010001 | SIERRA AUCTION MANAGEMENT 3570 GRAND AVENUE PHOENIX, AZ 85019 | AUCTIONEER FEES | 3610-000 | | 103.50 | 4,158.50 |
| 10/04/13 | 010002 | SIERRA AUCTION MANAGEMENT 3570 GRAND AVENUE PHOENIX, AZ 85019 | AUCTIONEER EXPENSES | 3620-000 | | 460.00 | 3,698.50 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,683.50 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,668.50 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,653.50 |
| 01/22/14 | | DEBTOR | WAGES/CASH | | 223.46 | | 3,876.96 |
| | 2 | | Memo Amount: 2.00 CASH ON HAND | 1129-000 | | | |
| | 24 | | Memo Amount: 221.46 WAGES DUE TO EMPLOYEE(S) | 1229-000 | | | |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,861.96 |
| 02/12/14 | 010003 | DONNA WYATT 7635 N 37TH AVENUE PHOENIX, AZ 85051 | TRUSTEE AUCTION COSTS | 2990-000 | | 30.00 | 3,831.96 |
| 02/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,816.96 |
| 03/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,801.96 |

Page Subtotals 4,545.46 743.50

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-04978-PHX -EPB | Trustee Name: | DIANE M. MANN, TRUSTEE |
|---|---|---|---|
| Case Name: | ESTRADA, EDDIE | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******9872 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2162 | | |
| For Period Ending: | 04/19/14 | Blanket Bond (per case limit): | $ 72,661,955.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 223.46 | COLUMN TOTALS | 4,545.46 | 743.50 | 3,801.96 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 4,545.46 | 743.50 | |
| Memo Allocation Net: | 223.46 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 4,545.46 | 743.50 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 223.46 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - *******9872 | 4,545.46 | 743.50 | 3,801.96 |
| Total Memo Allocation Net: | 223.46 | | 4,545.46 | 743.50 | 3,801.96 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-04978-PHX EPB
Case Name: ESTRADA, EDDIE
Trustee Name: DIANE M. MANN, TRUSTEE

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 01A | INTERNAL REVENUE SERVICE | $ | $ | $ | $ |
| 01B | INTERNAL REVENUE SERVICE | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DIANE M. MANN, TRUSTEE | $ | $ | $ |
| Trustee Expenses: DIANE M. MANN, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: STEVE BROWN & ASSOC. | $ | $ | $ |
| Attorney for Trustee Expenses: STEVE BROWN & ASSOC. | $ | $ | $ |
| Auctioneer Fees: SIERRA AUCTION MANAGEMENT | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Auctioneer Expenses: SIERRA AUCTION MANAGEMENT | $ | $ | $ |
| Other: DONNA WYATT | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

    Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 02 | Fifth Third Bank | $ | $ | $ |
| 03 | Cavalry Portfolio Services | $ | $ | $ |
| 04 | Cavalry Portfolio Services | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 05 | Lakewalk, LLC | $ | $ | $ |
| 06 | American InfoSource LP as agent for | $ | $ | $ |
| 07 | US Dept of Education | $ | $ | $ |
| 08 | Ohio Department of Taxation | $ | $ | $ |
| 09 | Citibank N.A. | $ | $ | $ |
| 10 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |

Total to be paid to timely general unsecured creditors  $_____

Remaining Balance  $_____


Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE